ELLEN M. MCDONALD, Respondent, *v.* JUILLIARD MCDONALD, Appellant.

(Argued October 3, 1934; decided October 23, 1934.)

*Abraham L. Bienstock* and *Max D. Steuer* for appellant.

*George Sylvester, Louis Haimoff* and *George Z. Medalie* for respondent.

Order affirmed, without costs, and question certified answered in the affirmative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.